IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MICHAEL PHILLIPS                                                                                    PLAINTIFF

       v.                              Civil No. 4:15-cv-04051

SHERIFF JAMES SINGLETON;
LIEUTENANT HEATH ROSS; and
the HEMPSTEAD COUNTY QUORUM
COURT                                                                                                DEFENDANTS

## ORDER

Pending before me for decision are the following motions: (1) a Motion to Amend (ECF No. 20) filed by the Plaintiff; (2) a Motion to Compel (ECF No. 21) filed by the Plaintiff; and (3) a Motion to Withdraw (ECF No. 23) filed by Nick Windle.

**Motion to Amend** (ECF No. 20)

Plaintiff asks to add as parties Sergeant Cathy Flincher, Captain Johnny Godbolt, and Dr. Joan McClean. The Motion (ECF No. 20) is **GRANTED.** Plaintiff is given until **January 22, 2016,** to file his Amended Complaint. The **Clerk** is directed to send the Plaintiff a § 1983 complaint form to use in filing his Amended Complaint.

**Motion to Compel** (ECF No. 21)

This Motion (ECF No. 21) appears to be Plaintiff's initial set of discovery requests rather than a Motion to Compel. In response, Defendants state they have provided, or are in the process of providing, discovery responses. The Motion (ECF No. 21) is **DENIED AS MOOT.**

**Motion to Withdraw** (ECF No. 23)

In this Motion, Nick Windle indicates he is scheduled to leave his current employment effective January 4, 2016. He asks to be terminated as counsel for the Defendants and notes the

Defendants will continue to be represented by C. Burt Newell.  He indicates that Mr. Newell is prepared to comply with all scheduling orders.

The Motion (ECF No. 23) is **GRANTED.**  The **Clerk** is directed to remove Mr. Windle's name from the list of attorneys who receive Notices of Electronic Filing in this case.

IT IS SO ORDERED this 7th day of January 2016.

                                                  /s/ Barry A. Bryant
                                                 HON. BARRY A. BRYANT
                                                 UNITED STATES MAGISTRATE JUDGE